UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

REBECCA GATHMANN-LANDINI,
individually and on behalf of other persons
similarly situated,

Plaintiffs,

- against -

LULULEMON USA INC.; and any other related
entities,

Defendants.

Index No.: 15-CV-6867(JMA)(AYS)

**STIPULATION TO TOLL FLSA
CLAIMS**

WHEREAS, a telephone conference with the Court was held on August 8, 2016;

WHEREAS, the Court directed the parties file a stipulation tolling claims under the Fair

Labor Standards Act ("FLSA") for members of the putative FLSA collective from July 12, 2016

through the Court's order on lululemon usa inc.'s ("Defendant') pending motion to dismiss

Plaintiff's Amended Complaint (*see* ECF No. 28) (the "Motion");

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs

and counsel for Defendant, that:

1. The statute of limitations with respect to any claims arising under the

FLSA for any putative collective action member is and shall be tolled from July 12, 2016 going

forward until such date as this Court issues an order resolving Defendant's Motion.

2. Plaintiffs reserve all rights to request additional tolling of the statute of

limitations with respect to any claims arising under the FLSA prior to July 12, 2016 or

subsequent to an order resolving Defendant's Motion, and Defendant reserves all objections and

defenses with respect to same.

New York, New York
September 12, 2016

VIRGINIA & AMBINDER, LLP

By: _____
       Kara S. Miller
40 Broad Street, 7th Floor
New York, New York 10004
(212) 943-9080
Attorneys for Plaintiffs

DLA PIPER, LLP

By: _____
       Garrett D. Kennedy
1251 Avenue of the Americas
27th floor
New York, New York, 10020
(212) 335-4708
Attorneys for Defendant


SO ORDERED:

_____
Honorable Joan M. Azrack, U.S.D.J.