UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

REBECCA GATHMANN-LANDINI,
individually and on behalf of other persons
similarly situated,

                                          Plaintiffs,

- against -

LULULEMON USA INC.; and any other related
entities,

                                          Defendant.

**Index No.: 15-CV-6867(JMA)(AYS)**

## LULULEMON USA INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant LULULEMON USA INC. ("Defendant" or "lululemon") submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Defendant certifies that it is a wholly-owned subsidiary of lululemon athletica inc. lululemon athletica inc. does not have any parent company and there are no public companies that own more than 10% of lululemon athletica inc.'s stock.

Dated: May 8, 2017	DLA PIPER LLP (US)

By: /s/ Garrett D. Kennedy
    Garrett D. Kennedy

Garrett D. Kennedy, Esq.
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 335-4500
Fax: (212) 335-4501
E-mail: garrett.kennedy@dlapiper.com

Katharine Liao, Esq. (admitted *pro hac*)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
Tel.: (310) 595-3000
Fax: (310) 595-3300
E-mail: katharine.liao@dlapiper.com

*Attorneys for Defendant lululemon U.S.A., inc.*

**CERTIFICATE OF SERVICE**

I, Garrett D. Kennedy hereby certify on this 8th day of May, 2017, I caused a true and correct copy of the foregoing **LULULEMON USA INC.'S CORPORATE DISCLOSURE STATEMENT** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the attorneys of record, and is available for viewing and downloading.

/s/ Garrett D. Kennedy
Garrett D. Kennedy