UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA GATHMANN-LANDINI, individually and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>LULULEMON USA INC.; and any other related entities,<br><br>Defendants. | Index No.: 15-CV-6867(JMA)(AYS)<br><br>**NOTICE OF WITHDRAWAL** |

Plaintiffs hereby give notice that they are withdrawing the Consent to Join form on behalf of Julia Hammer.

New York, New York
May 11, 2017

                                                  VIRGINIA & AMBINDER, LLP

                                                  By:     /s/_____
                                                             Kara Miller, Esq.
                                                              40 Broad Street, 7th Floor
                                                              New York, NY 10004
                                                               kmiller@vandallp.com

                                                                     and

                                              LEEDS BROWN LAW, P.C.
                                                    Jeffrey Brown, Esq.
                                                    One Old Country Road, Suite 347
                                                    Carle Place, New York 11514
                                                    Tel:    (516) 873-9550

                                      *Attorneys for Named Plaintiff and the Putative Class*