# CIVIL CAUSE FOR TELEPHONE INITIAL CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE:  5/24/2017   TIME:  2:30 PM   TIME IN COURT:   10 min.

CASE:  CV 15-6867 (JMA)(AYS) Gathmann-Landini et al. v. Lululemon USA Inc.

APPEARANCES:   For Plaintiff:   Kara Miller

For Defendant:  Garrett Kennedy

FTR:

**FILED**
**CLERK**
5/24/2017 3:50 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled on
- ☐ A _____ Conference is scheduled for         at       .
- ☒ Other: The Pre Trial Scheduling Order (Document Entry No. 41) has been granted.  Any discovery disputes shall be referred to Magistrate Judge Shields.