

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Garrett D. Kennedy
garrett.kennedy@dlapiper.com
T  212.335.4708
F  212.335.4501

August 18, 2017

*Via ECF*

The Honorable Jean M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

The Honorable Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  ***Gathmann-Landini v. lululemon usa inc.,***
**Case No.: 2:15-cv-06867 (JMA) (AYS)**

Dear Judge Azrack and Judge Shields:

This firm represents defendant lululemon usa inc. in the above-referenced action.  We write jointly with counsel for plaintiff Rebecca Gathmann-Landini to provide the Court with a report regarding settlement pursuant to the "Proposed Order in FLSA Case Requiring Discovery and Setting Initial Pretrial Schedule," so-ordered by the Court on May 24, 2017 (ECF No. 41-1 ¶ 5; ECF No. 42) (the "Scheduling Order").

In accordance with paragraph 5 of the Scheduling Order, the parties advise the Court they have engaged in good faith settlement negotiations, but have not reached an agreement to settle the case.  The parties further submit that continuing settlement discussions for a specific period, retaining an outside mediator, or holding a settlement conference before the Court would not prove fruitful at this time, although the parties will make efforts to engage in future settlement talks in the ordinary course as the circumstances merit.  In accordance with the Scheduling Order, the parties shall meet and confer pursuant to Fed. R. Civ. P. 26(f) and file a Joint Discovery Planning Report.

We thank the Court for its attention to this matter.

Respectfully submitted,

Garrett D. Kennedy

cc:  Kara S. Miller, Esq. (counsel for Plaintiff)