

40 Broad Street
7th Floor
New York, New York 10004
Telephone: 212.943.9080
www.vandallp.com

**Kara S. Miller**
kmiller@vandallp.com

November 27, 2017

**VIA EMAIL**
Garrett David Kennedy, Esq.
Garrett.Kennedy@dlapiper.com

    **Re:** *Gathmann-Landini v. Lululemon USA Inc.*
       **Case No.: 2:15-cv-06867 (JMA)(AYS)**

Dear Mr. Kennedy:

  Enclosed with this letter and sent via email are the following documents:

1. Plaintiffs' Notice of Motion for Court Authorized Notice Pursuant to the FLSA;
2. Plaintiffs' Memorandum of Law in Support; and
3. Affirmation of Kara Miller, along with Exhibits A through 0 attached thereto.

  In accordance with the individual rules of the Honorable Anne Y. Shields, a copy of this cover letter will be electronically filed with the Court.

         Respectfully submitted,

         _____/s/_____
         Kara S. Miller

Cc: Hon. Anne Y. Shields, U.S.M.J. (via ECF)