

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Garrett D. Kennedy
garrett.kennedy@dlapiper.com
T  212.335.4708
F  917.778.8646

December 21, 2017

*Via* E-Mail and UPS
Kara S. Miller, Esq.
Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, NY 1004
kmiller@vandallp.com

Re: *Gathmann-Landini v. lululemon usa inc.*
Case No.: 2:15-cv-06867 (JMA)(AYS)

Dear Ms. Miller:

Enclosed with this letter and sent *via* e-mail are the following documents:

1. Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Conditional Certification Pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards Act and
2. Declaration of Garrett D. Kennedy, Esq., along with Exhibits 1 through 30 attached thereto.

In accordance with the individual rules of the Honorable Anne Y. Shields, a copy of this cover letter will be electronically filed with the Court.

Sincerely,

DLA Piper LLP (US)

*Garrett Kennedy*/C.G.

Garrett D. Kennedy
Associate

Cc: Honorable Anne Y. Shields, U.S.M.J. (*via* ECF)
Brett R. Cohen, Esq. (*via* e-mail bcohen@leedsbrownlaw.com)

Encl.