

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Garrett D. Kennedy
garrett.kennedy@dlapiper.com
T   212.335.4708
F   212.335.4501

January 22, 2018

*VIA ECF*

The Honorable Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:  *Gathmann-Landini v. lululemon usa inc.*,
     Case No.: 2:15-cv-06867 (JMA)(AYS)

Dear Judge Shields:

This firm represents defendant lululemon usa inc. in the above-referenced action.  We write pursuant to Rule 9(G) of Your Honor's Individual Rules of Practice to respectfully request oral argument on Plaintiffs' Motion for Conditional Certification Pursuant to § 216(b) of the Fair Labor Standards Act, dated November 27, 2017.  We are available at the Court's convenience for the requested oral argument.

We thank the Court for its attention to this matter.

Respectfully submitted,

Garrett D. Kennedy, Esq.

cc:   Kara S. Miller, Esq. (counsel for Plaintiffs)